| Prob 22 (12/2018) | | DOCKET NUMBER (Tran Court) 19-CR-124-001-JED |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec Court) CR-21-01-PRW |

| NAME AND ADDRESS OF PROBATIONER RELEASEE: ERNEST EVERETTE HOWARD | DISTRICT Northern District of Oklahoma | DIVISION United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable John E. Dowdell, Chief Judge, United States District Court | |
| | DATES OF: ☐ PROBATION ☒ SUPERVISED RELEASE | From Date 1/29/2021 — To Date 1/28/2024 |

OFFENSE

18 U.S.C. § 1343   Wire Fraud

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF OKLAHOMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/5/2021
Date

_United States District Judge_

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer releasee be accepted and assumed by this Court from and after the entry of this order.

**Certified Copy**

1-7-21
Effective Date

_United States District Judge_

4:13 pm, Jan 07, 2021
**Carmelita Reeder Shinn, Clerk**